IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02553-RPM

THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY,

    Plaintiff,

vs.

NORTHFIELD INSURANCE COMPANY,

              Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION TO AMEND ANSWER

---

      Upon consideration of defendant's motion to amend its answer (Doc. #12), filed on April 13, 2007, and plaintiff's response filed on May 4, 2007, it is

      ORDERED that defendant's Motion for Leave to Amend its Answer to Assert Additional Defenses is granted and the amended answer attached thereto is ordered filed.

      Dated: May 7th , 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge