IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02553-RPM

THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY,

    Plaintiff,

vs.

NORTHFIELD INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION TO AMEND ANSWER

---

On July 23, 2007, the defendant filed a second motion for leave to amend its answer to assert an additional defense of setoff and the plaintiff on August 14, 2007, filed a response in opposition.  The response seeks to adjudicate the merits of the question of setoff attempted to be raised by the amended answer.  That is inappropriate procedurally.  According, it is

ORDERED that the motion to amend is granted and Exhibit E attached thereto, Defendant Northfield Insurance Company's Second Amended Answer and Jury Demand, is filed.

Dated: August 16th, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge