IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 11, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-02553-RPM

| | |
|---|---|
| THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY, | Steven J. Dawes<br>Sophia H. Tsai |
| Plaintiff, | |
| v. | |
| NORTHFIELD INSURANCE COMPANY, | Todd L. Vriesman<br>Damian S. Stone |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Plaintiff's Motion for Summary Judgment**

**9:54 a.m.      Court in session.**

Court's preliminary remarks and states its understanding of the pending motion.

9:57 a.m.     Argument by Mr. Dawes.

10:03 a.m.    Argument by Mr. Vriesman.

10:17 a.m.    Rebuttal argument by Mr. Dawes.

**ORDERED:** Plaintiff's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment, filed December 19, 2007 [34], are denied.

**ORDERED:** Pretrial conference scheduled April 18, 2008 at 3:30 p.m. Proposed pretrial order to be submitted by 4:00 p.m., April 10, 2008.

**ORDERED:** Defendant Northfield Insurance Company's Motion to Strike Affidavit of Patrick Priest or Allow a Surreply Brief, filed February 8, 2008 [44], is moot based on Court's summary judgment ruling.

**10:25 a..m.    Court in recess.**     Hearing concluded. Total time: 29 min.