IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02553-RPM-MJW

THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY,

    Plaintiff,

vs.

NORTHFIELD INSURANCE COMPANY,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference convened on April 18, 2008, it is

    ORDERED that this matter is set for trial to jury on **June 23, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    Dated: April 21st, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge