IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02553-RPM-MJW

THE COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY,

Plaintiff,

vs.

NORTHFIELD INSURANCE COMPANY,

Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [57], filed on July 9, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated: July 9th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge